UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| DEBORAH WOLFE, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 1:13CV102 JCH/DDN |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security[1], ) | |
| ) | |
| Defendant(s). ) | |

# ORDER

This matter arises on the Report and Recommendation of United States Magistrate Judge David D. Noce, filed June 20, 2014. See 28 U.S.C. § 636. In his report, Magistrate Judge Noce recommends that the Court affirm the decision of the Commissioner, and dismiss Plaintiff's Complaint with prejudice. Plaintiff was granted fourteen (14) days to object to the recommendation, but to date has filed no objections.

Upon careful consideration of the Report and Recommendation and the record in this case,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge (ECF No. 17) is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

---

[1] On February 14, 2013, Carolyn W. Colvin became the Acting Commissioner of Social Security. Pursuant to Fed. R. Civ. P. 25(d), Carolyn W. Colvin therefore is automatically substituted for former Commissioner Michael J. Astrue as Defendant in this cause of action.

**IT IS FURTHER ORDERED** that the decision of the Commissioner is **AFFIRMED**, and Plaintiff=s Complaint is **DISMISSED** with prejudice. A separate Judgment will accompany this Order.


Dated this 11th Day of July, 2014.


/s/Jean C. Hamilton
UNITED STATES DISTRICT JUDGE